**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60212
Summary Calendar

KELL S. LYON, JR,

                    Plaintiff-Appellant-Cross-Appellee,

            VERSUS

FRED'S INC doing business as Fred's, ET AL,

                                        Defendants,

      FRED'S STORES OF TENNESSEE INC.,

                    Defendant-Appellee-Cross-Appellant.

Appeal from the United States District Court
for the Northern District of Mississippi
(2:96-CV-141-B-B)

March 1, 1999

Before DAVIS, DUHÉ and PARKER, Circuit Judges.

PER CURIAM:[1]

      We have conducted a de novo review of the record, and the law, and have carefully considered the written argument of counsel. This study convinces us that the district court was correct in concluding that, as a matter of law, probable cause did exist for an objectively reasonable person to believe that Plaintiff had

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

shoplifted an item of merchandise from the store, and that the bringing of the charge was without malice.  Accordingly, we affirm the grant of Judgment As A Matter of Law to Defendant.  Having so concluded, we dismiss the Appellee's cross-appeal as moot.

AFFIRMED, CROSS-APPEAL DISMISSED AS MOOT.